**Order entered June 5, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01449-CV

**JOAN L. GILLHAM, Appellant**

**V.**

**ANGELINA SANCHEZ, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-00889**

## ORDER

Before the Court is appellant's June 4, 2018 unopposed motion for an extension of time

to file a brief. We **GRANT** the motion and extend the time to **Monday, July 2, 2018**.


/s/      DAVID EVANS
JUSTICE